UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD WHITE, : | |
| : | |
| Plaintiff, : | |
| : | Case: 1:16-cv-00687    (F-Deck) |
| v. : | Assigned To : Unassigned |
| : | Assign. Date : 4/12/2016 |
| TIMOTHY O'REILLY, : | Description: Pro Se Gen. Civil |
| : | |
| Defendant. : | |

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

Plaintiff presents a "Prospectus," *see* Compl. (Attach.), with which the defendant allegedly "interv[ened,]" in violation of federal laws pertaining to securities, and he "seeks damages in the sum of $3 million attributable to costs sustained during time periods in which the Prospectus was set forth and pain and suffering sustained contemporary to this alleged fraud," Compl. ¶ 1. In addition, plaintiff alleges that defendant "willfully possess[es] and therefore negotiates embezzled IRS Checks" and counterfeits "currency pursuant to his having reproduced IRS checks by mis-use of copying machines to defraud." *Id.* ¶ 2. For these actions, plaintiff demands damages of $48 billion. *Id.*

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239

(D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The Court has reviewed the complaint and finds that it fails to meet the standard set forth in Rule 8(a). It does not set forth a statement of a cognizable claim showing plaintiff's entitlement to relief and, therefore, the complaint will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 4/9/2016

_____
United States District Judge